UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ERIC J. PLAWECKI,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY, Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. 2:23-CV-00217-GSL |

## **ORDER**

This matter is before the Court on the Defendant's Unopposed Motion for Reversal With Remand for Further Administrative Proceedings [DE 20], filed on March 22, 2024. The parties agree that the decision of the Commissioner should be reversed, and the case should be remanded to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Finding the motion well taken, the Court hereby GRANTS the Defendant's Unopposed Motion for Reversal With Remand for Further Administrative Proceedings [DE 20], REVERSES the decision of the Commissioner, and REMANDS this matter under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. Upon remand, the Administrative Law Judge will offer Plaintiff an opportunity for a new hearing, take any further action necessary to complete the administrative record, re-evaluate the medical opinions, obtain supplemental vocational expert testimony if necessary, and issue a new decision.

SO ORDERED on April 17, 2024.

                                                                    /s/ GRETCHEN S. LUND
                                                                    Judge
                                                                    United States District Court